**Order entered May 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01455-CR
No. 05-12-01456-CR

**BRYAN BAUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-12-213, 2-12-214**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **TEN DAYS** from the date of this order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE